# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PHYLLIS HONEYCUTT RIGGS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN LEWIS VINSON, USF )<br>HOLLAND, INC., and YRC, INC., )<br>)<br>Defendants. )<br>) | **Case No. 1:10-cv-217** |

## ANSWER TO AMENDED COMPLAINT

Defendants Stephen Lewis Vinson, USF Holland, Inc., and YRC, Inc., by and through counsel, respond to the numbered paragraphs of plaintiff's Amended Complaint as follows:

1. Admitted upon information and belief.

2. Admitted.

3. It is admitted that USF Holland, Inc., is a Michigan corporation doing business in North Carolina. Except as admitted, the allegations of Paragraph 3 are denied.

4. Admitted.

5. Denied.

6. Admitted upon information and belief.

7. It is admitted that there was a collision with the plaintiff in the general area described in Paragraph 7, and that Stephen Lewis Vinson was operating a 2000 International Tractor Trailer with the license plate number specified in Paragraph 7. Except as admitted, the allegations of Paragraph 7 are denied.

8. Admitted.

9. Denied.

10. Denied.

11. Denied.

### FIRST DEFENSE

Plaintiff was contributorily negligent in that she failed to keep, exercise and maintain a careful, effective and proper look out; failed to keep, exercise and maintain proper control of her vehicle; suddenly stopped her vehicle in the roadway; failed to exercise a degree of care that a reasonably prudent person would have exercised under the same or similar circumstances then existing; and in such other ways as will be proven at the trial of this case.

### SECOND DEFENSE

Plaintiff has failed to mitigate her damages.

### THIRD DEFENSE

Plaintiff's claim may be barred by the applicable statute of limitations.

WHEREFORE, having fully answered plaintiff's Amended Complaint, defendants respectfully request that the plaintiff have and recover nothing; that this matter be

dismissed with prejudice; and that the Court order other such relief as it deems just, equitable, and proper.

This the 24th day of March, 2010.

/s/ Andrew L. Fitzgerald
Andrew L. Fitzgerald
N.C. State Bar No. 31522
STRAUCH FITZGERALD & GREEN, P.C.
118 South Cherry Street
Winston-Salem, NC  27101
Telephone:  (336) 837-1062
Facsimile: (336) 725-8867
afitzgerald@sfandglaw.com
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina, is attorney for Defendants, and is a person of such age and discretion as to be competent to serve process.

That on March 24, 2010, he served a copy of the foregoing **ANSWER** via electronic filing:

ADDRESSEE(S):

>Kenneth Gondek, Esquire
>Crumley Roberts, LLP
>1810 Westchester Drive
>High Point, NC 27262
>kmgondek@crumleyroberts.com
>*Attorneys for Plaintiff*

>/s/ Andrew L. Fitzgerald
>Andrew L. Fitzgerald
>N.C. State Bar No. 31522
>STRAUCH FITZGERALD & GREEN, P.C.
>118 South Cherry Street
>Winston-Salem, NC 27101
>Telephone: (336) 837-1062
>Facsimile: (336) 725-8867
>afitzgerald@sfandglaw.com
>*Attorneys for Defendants*